EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>461-2022-01710 |
|---|---|---|
| | | and EEOC |
| | *State or local Agency, if any* | |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*<br>Ms. Roberta Goodman | Home Phone<br>(504) 458-9425 | Year of Birth |
|---|---|---|
| Street Address<br>1621 Lincoln Ave<br>MARRERO, LA 70072 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>Tulane Police | No. Employees, Members<br>15 - 100 Employees | Phone No. |
|---|---|---|
| Street Address<br>1415 Tulane Ave<br>NEW ORLEANS, LA 70112 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br>Sex | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest                Latest<br>05/11/2022         05/11/2022 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with Tulane Police in January 2001, most recently as a Security Profession. On May 11, 2022, I was sexually harassed by Officer Ducett. He informed me he had a vasectomy and then stated, "you know you want to have sex with me." The company employs over 500 persons.

No reason was given for the action taken against me.

I believe I have been discriminated against because of my Sex/Female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Roberta Goodman**<br>03/30/2023<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**EXHIBIT A**