# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| EEOC | |

**LOUISIANA COMMISSION ON HUMAN RIGHTS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev., etc.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Roberta Goodman | (504) 458-9425 | 1973 |

Street Address, City State and ZIP Code

1017 Pailet Avenue, Harvey, LA 70058

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Allied Universal Protection Service, LLC | 300,000 | (504) 648-3726 |

Street Address, City State and ZIP Code

422 Metairie Road Suite 408, Metairie, LA 70005

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address, City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Harassment, Sexual Harassment, Sex Discrimination, Retaliation | May 11, 2022 | January 2023 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*): I began my employment with Allied Universal in January of 2021 as a security guard or Security Profession. Allied Universal has me stationed to work with Tulane Police. On or about May 11, 2022, I was sexually harassed by a Tulane University Police Officer Doucette. I was working on my birthday Officer Doucette offered me a hug. This was my first time meeting him. I said it was okay and allowed him to give me a hug. Later in the day, I was speaking with Tulane University Police Officer Pagano. Officer Doucette interrupts our conversation and informed us; he had a vasectomy. I responded with, "that is TMI" (too much information). Officer Doucette responded with, "you know you want to have sex with me." I responded with "don't play with me and that he was going too far." Officer Doucette laughed and left the immediate area. I immediately felt uncomfortable from Officer Doucette's sexually demeaning remark. The inappropriate comment was highly offensive to me due to my past trauma. I was a victim of rape in the past. I asked Officer Pagano about Tulane's procedure to report him. I was advised to inform my Supervisor Chad of the incident. Mr. Chad reported the incident to Manager, Brian Block. Mr. Block advised me to make a written report explaining the incident, which I did. I spoke with HR Representative Katheryn to report the incident. I was not granted a resolution for the incident. I discovered from employees of Tulane University that Officer Doucette was previously accused of sexual harassment. Officer Doucette was only required to attend a training class for his involvement in the incident. Since the incident, I have seen Officer Doucette multiple times and he continues to intimidate through the use of inappropriate body language and gestures. In October 2022, I was working a Tulane University football event, Officer Doucette was assigned to work the same event. Officer Doucette was intimidating and antagonizing me by repeatedly staring, smiling, and making faces at me during the event. I alerted my supervisor of his harassment and I was only informed to move to the other side if I felt uncomfortable. My concern was not taken seriously and ignored. On or about December of 2022 or January of 2023, I was assigned to work at the Tulane Medical Center Emergency Room. As I was looking for office supplies, Officer Doucette was coming towards me until I spotted him. Officer Doucette then smiled and made intimidating gestures and left the immediate area. Allied Universal and Tulane University have repeatedly ignored my concerns about Officer Doucette and he is still employed by Tulane University. I believe I have been harassed, sexually harassed, discriminated and retaliated against because of my sex (female), in violation of Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| June 29, 2023    *[signature]*    ID aHZBCv3H6NyA7zaY9He4PGdJ<br>*Date*      *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**EXHIBIT B**