UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERTA GOODMAN**   **CIVIL ACTION**

**VERSUS**   **NO. 23-2288**

**TULANE UNIVERSITY**   **SECTION "O"**
**OF LOUISIANA, ET AL.**

## ORDER

**IT IS ORDERED** that the joint motion[1] to continue all unexpired pretrial deadlines and the trial is **GRANTED**. *See* FED. R. CIV. P. 16(b)(4). The April 23, 2025 pretrial conference, the May 5, 2025 trial, and all unexpired pretrial deadlines are **CONTINUED**. The Court's case manager will notice a scheduling conference to select new deadlines and dates for the pretrial conference and the jury trial.

New Orleans, Louisiana, this 13th day of January, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 52.