MINUTE ENTRY
VAN MEERVELD
November 12, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERTA GOODMAN,
   *Plaintiff*

VERSUS

TULANE UNIVERSITY OF LOUISIANA,
   *Defendant*

CIVIL ACTION
NO.:  23-2288

SECTION:  "O" (1)

JUDGE BRANDON S. LONG

MAGISTRATE JUDGE
JANIS VAN MEERVELD

A settlement conference was held on Wednesday, November 12, 2025.

PRESENT FOR:

  *Plaintiff:*  Chris Minias, Karl White, Roberta Goodman

  *Defendants:*
   *-Tulane:*  Amy McIntire, Howard Boyd
   *-Allied:*  Nathan Shine, Brian Jones

Negotiations were successful and resulted in the settlement of all claims. The material terms of the CONFIDENTIAL settlement were memorialized on the record, and shall remain under SEAL unless otherwise ordered by the Court. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

             Janis van Meerveld
            United States Magistrate Judge

MJSTAR: 02:51